LDG ATTORNEYS AT LAW

LITE DEPALMA GREENBERG, LLC

Newark • Chicago

TWO GATEWAY CENTER, 12TH FLOOR
NEWARK, NJ 07102

TEL: 973.623.3000
FAX: 973.623.0858
www.litedepalma.com

September 22, 2010

**VIA ECF**
Erin Murphy, Deputy Clerk
United States Court of Appeals for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Kosovich v. Metro Homes, LLC, et al.***
**Case No. 10-206**

Dear Ms. Murphy:

We represent Defendants-Appellees Donald J. Trump and The Trump Organization, Inc. in the referenced matter. Per our telephone conversation on September 21, 2010, I write to confirm that the below documents, which were filed by Defendants-Appellees Metro Homes, LLC, Dean S. Geibel, Paul E. Freid, Metro Harborspire, LLC, Metro Harborspire, GM LLC, and Vector Urban Renewal Associates, GM LLC were also submitted by and on behalf of Defendants-Appellees Donald J. Trump and The Trump Organization, Inc.

- Brief For Defendants-Appellees Metro Homes, LLC; Dean S. Geibel; Paul E. Freid; Metro Harborspire, LLC; Metro Harborspire, GM LLC; Vector Urban Renewal Associates, GM LLC; Donald J. Trump; and The Trump Organization, Inc. [Doc. Nos. 103 & 108 (corrected)]; and

- Appendix For Defendants-Appellees Metro Homes, LLC; Dean S. Geibel; Paul E. Freid; Metro Harborspire, LLC; Metro Harborspire, GM LLC; Vector Urban Renewal Associates, GM LLC; Donald J. Trump; and The Trump Organization, Inc. [Doc. Nos. 104, 109 (corrected) & 112 (second corrected)].

Thank you for your attention to this matter.

Very truly yours,

Mayra V. Tarantino

Mayra V. Tarantino

MVP:emp
cc: All Counsel of Record (via ECF)

246905 v1